# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDON ADAMS,

    Plaintiff

v.

EQUIFAX,

    Defendant

Case No.: 2:23-cv-00506-APG-EJY

**Order Accepting Report and Recommendation**

[ECF No. 14]

    On May 24, 2023, Magistrate Judge Youchah recommended that I dismiss plaintiff Brandon Adams' complaint with leave to file an amended complaint by June 26, 2023. ECF No. 14. Adams did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original))

    I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 14) is accepted**, and plaintiff Brandon Adams' complaint (ECF No. 1-1) is DISMISSED without prejudice.

    I FURTHER ORDER that plaintiff Brandon Adams must file an amended complaint by June 26, 2023. Failure to do so will result in this case being closed.

    DATED this 12th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE