# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDON ADAMS,

    Plaintiff

v.

EQUIFAX,

    Defendant

Case No.: 2:23-cv-00506-APG-EJY

**Order Dismissing Case**

I previously gave plaintiff Brandon Adams until June 26, 2023 to file an amended complaint. ECF No. 16.  Adams did not do so.  I advised Adams that failure to file an amended complaint by the given deadline would result in this case being closed. *Id.*

I THEREFORE ORDER the clerk of court to close this case.

DATED this 3rd day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE